# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3581
_____

JAMES ISABELLA, Former
Husband,

Appellant,

v.

MELANIE WYRICK f/k/a MELANIE
ANNE ISABELLA, Former Wife,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
W. Gregg McCaulie, Judge.

April 17, 2019

PER CURIAM.

AFFIRMED.

LEWIS, WINSOR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Enrico R. Zanella of Cordell & Cordell, P.C., Jacksonville, for Appellant.

Cindy L. Lasky of the Lasky Law Firm, Jacksonville, for Appellee.